UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARMANDO SAUCEDA, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. C-06-00184 |
| SOCIAL SECURITY ADMINISTRATION, | § |
| Defendant. | § |

**FINAL JUDGMENT**

From a consideration of the pleadings and orders filed in this cause, it is the opinion of this Court that judgment should be entered affirming the decision of the Commissioner.

SIGNED this 17th day of January, 2007.

_____
Janis Graham Jack
United States District Judge